UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Yang Mee Thao-Xiong, | Civil No. 13-cv-354 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| American Mortgage Corporation, CitiMortgage, Inc., Usset, Wiengarden & Liebo, PLLP and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein, | |
| Defendants. | |

William B. Butler, **Butler Liberty Law, LLC**, 33 South Sixth Street, Ste. 4100, Minneapolis, MN 55402 (for Plaintiff);

Jared M. Gorlitz, **Peterson, Fram & Berman, PA**, 55 East Fifth Street, Ste. 800, Saint Paul, MN 55101 (for Defendant CitiMortgage, Inc.); and

Gerald G. Workinger, Jr., **Usset, Wiengarden & Liebo, PLLP**, 4500 Park Glen Road, Suite 300, Minneapolis, MN 55416 (for Defendant Usset, Wiengarden & Liebo, PLLP).

Based upon the Report and Recommendation [Doc. #23] by United States Magistrate Judge Tony N. Leung dated July 1, 2013, along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Remand (ECF No. 8) is **DENIED**;

2. Defendants' Joint Motion to Dismiss (ECF No. 10) is **GRANTED**; and

3. This matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED.

Date: July 18, 2013                    s/Michael J. Davis
                                       The Honorable Chief Judge Michael J. Davis
                                       Chief Judge
                                       United States District Court